Louis Davis, appellee, v. Henry D. Babson et al., defendants. 1324 North Clark Street Building Corporation, appellant. Gen. No. 38,219.

Opinion filed December 30, 1935.

John J. McMahon, for appellant.  Posner & Waxman and Benjamin M. Edidin, for appellee.

Mr. Justice Friend delivered the opinion of the court.